UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Investment Realty Services, LLC

                Plaintiff,      Case No. 18-11476

v.                                Judith E. Levy
                                United States District Judge

City of Allen Park

                                Mag. Judge David R. Grand

                Defendants.

_____/

## **JUDGMENT**

For the reasons stated in the opinion and order entered on February 4, 2020, it is ordered and adjudged that judgment be entered in favor of Plaintiff.

Date: February 5, 2020

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                          By:   s/William Barkholz
                                     DEPUTY COURT CLERK

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE